Rosenfeld Estate.

Argued November 9, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Arthur Silverman,* with him *Joseph E. Gold,* for appellant.

*Aaron W. White,* with him *Nathan I. Miller,* for appellee.

OPINION PER CURIAM, January 4, 1954:
The decree is affirmed on the opinion of Judge LEFEVER. Costs to be paid by appellant.